**No. 42245.**—Protest 833979–G of Ellis Klatscher Co. (Los Angeles).

Opinion by McCLELLAND, P. J. It was stipulated that the merchandise consists of brushes similar to those the subject of Abstract 41509, *United States* v. *Heinrich Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30), and Abstract

406

34593. They were therefore held dutiable at only 50 percent under paragraph 1506 as claimed.